**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Richard GOODWIN, Defendant–**
**Appellant.**

No. 04–1517.

United States Court of Appeals,
Seventh Circuit.

March 27, 2006.

Carolyn F. McNiven, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Linda Amdur, Chicago, IL, for Defendant–Appellant.

Before Hon. KENNETH F. RIPPLE, Hon. TERENCE T. EVANS, and Hon. DIANE S. SYKES, Circuit Judges.

**ORDER**

This court ordered a limited remand so the district court could state on the record whether the sentence remains appropriate now that *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), has limited the guidelines to advisory status. *See United States v. Paladino*, 401 F.3d 471 (7th Cir.2005).

The district judge has now replied that he would today impose the same sentence, knowing of the guidelines' advisory status. The range under the guidelines is 235 to 293 months, and Goodwin's sentence of 235 months is the lowest possible guidelines sentence. Neither the defendant nor the government have responded to our invitation to file an argument concerning the appropriate disposition of the appeal in light of the district court's response. We do not see any reason why Goodwin's sentence would be deemed unreasonable in post-*Booker* practice. The judgment of the district court therefore is AFFIRMED.